HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Noa_oren@fd.org

Attorneys for Defendant
DAVID GAMALI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID GAMALI,<br><br>  Defendant. | Case No. 2:20-mj-00090 KJN<br><br>**STIPULATION AND ORDER TO VACATE HEARING**<br><br>Date: June 26, 2020<br>Time: 2:00 p.m.<br>Judge: Hon. Deborah Barnes |

By this stipulation, the parties move to vacate the Rule 5 hearing for Defendant David Gamali, before the Magistrate Judge on duty. Mr. Gamali appeared via video for his Court hearing in the Eastern District of New York (EDNY) in *United States v. David Gamali*, 91-cr-00431 at 11:00 a.m. on June 26, 2020 already. Mag. Judge Pollak in EDNY ordered Mr. Gamali released on his own recognizance with the condition that he participate in the Delancey Street program.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 26, 2020        HEATHER E. WILLIAMS
                Federal Defender

                */s/ Noa E. Oren*

Stipulation and Order to Vacate Hearing                -1-

DATED: June 26, 2020

NOA OREN
Assistant Federal Defender
Attorney for DAVID GAMALI

MCGREGOR W. SCOTT
United States Attorney

*/s/Ross Pearson*
ROSS PEARSON
Assistant United States Attorney

# **O R D E R**

GOOD CAUSE is shown that the hearing for the Rule 5 is vacated for June 26, 2020 at 2:00 p.m. before the Magistrate Judge on duty because Defendant Gamali has appeared in the receiving district.

IT IS SO ORDERED.

Dated:  June 26, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE